IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,   No. CIV S-04-0697 GEB JFM P

    vs.

SERGEANT CAROLL, et al.,

    Defendants.   <u>ORDER</u>

_____/

    Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

    On January 20, 2005, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Officer Carver was returned unserved with a notation that said defendant has retired. Plaintiff must provide additional information if this defendant is to be served. Plaintiff may seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with an instruction sheet and a copy of the complaint filed April 7, 2004;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Officer Carver;

    b. Two copies of the endorsed complaint filed April 7, 2004; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: June 2, 2005.

UNITED STATES MAGISTRATE JUDGE

12/kf
keet0697.8e

```
1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10  TOMMY ROY KEETON,
11         Plaintiff,              No. CIV S-04-0697 GEB JFM P
12     vs.
13  SERGEANT CAROLL, et al.,       NOTICE OF SUBMISSION
14         Defendants.             OF DOCUMENTS
15  _____/
```

16      Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18           __1__    completed summons form

19           __1__    completed USM-285 form

20           __2__    copies of the April 7, 2004 _____
                                        Complaint
21  DATED:

22

23                                      _____
                                                Plaintiff
24

25

26