IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                    No.  CIV S-04-00697 GEB JFM P

    vs.

SERGEANT CAROLL, et al.,

    Defendants.          ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 15, 2005, plaintiff filed a notice of change of address.  That document was not served on defendants.  Plaintiff is advised that every document submitted to the court for consideration must be served on defendants.  Fed. R. Civ. P. 5.  Plaintiff is required to serve all documents in this action conventionally in accordance with the relevant provisions of Fed. R. Civ. P. 5.  See Local Rule 5-135(b).  Since an attorney has filed a document with the court on behalf of defendants, documents submitted by plaintiff must be served on that attorney and not on the defendants.  Fed. R. Civ. P. 5(b)(1).  Conventional service is usually accomplished by mailing a copy of the document to the attorney's address of record.  See Fed. R. Civ. P. 5(b)(2)(B).  Plaintiff must include with every document filed in this action a certificate stating

/////

1

1 the date an accurate copy of the document was mailed to defendants' attorney and the address to
2 which it was mailed. <u>See</u> Local Rule 5-135(b) and (c).
3    On July 1, 2005, plaintiff filed a request for production of documents. Plaintiff is
4 informed that court permission is not necessary for discovery requests and that neither discovery
5 requests served on an opposing party nor that party's responses should be filed until such time as
6 a party becomes dissatisfied with a response and seeks relief from the court pursuant to the
7 Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with
8 the court unless, and until, they are at issue.
9    IT IS SO ORDERED.
10 DATED: July 21, 2005.

          _____
          UNITED STATES MAGISTRATE JUDGE

12/kf
keet0697.o