IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

   Plaintiff,       No. CIV S-04-0697 GEB JFM P

  vs.

SERGEANT CAROLL, et al.,

   Defendants.      <u>FINDINGS & RECOMMENDATIONS</u>

_____/

   By an order filed June 3, 2005, this court ordered plaintiff to complete and return to the court, within sixty days, the USM-285 form and other document necessary to effect service on defendant Officer Carver, or to show cause why he could not provide the required information. That sixty day period has since passed, and plaintiff has not responded in any way to the court's order.

   IT IS HEREBY RECOMMENDED that plaintiff's claims against defendant Carver be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

   These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings

1

1  and Recommendations." Plaintiff is advised that failure to file objections within the specified
2  time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153
3  (9th Cir. 1991).
4  DATED: August 22, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

/keet0697.fusm2