```
 1
 2
 3
 4
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10  TOMMY ROY KEATON,
11        Plaintiff,            No. CIV S-04-0697 GEB JFM P
12     vs.
13  SERGEANT CAROLL, et al.,
14        Defendants.           ORDER
15  _____/
```

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 10, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On February 22, 2006, defendants timely filed objections to the findings and recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

---

[1] Defendants' objections are accompanied by a request to file said objections one day late. The objections were, however, timely filed. The request is therefore denied as unnecessary.

1

1  entire file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. The findings and recommendations filed February 10, 2006 are adopted in full;
5        2. This court's September 28, 2005 order dismissing defendant Carver is vacated;
6        3. Defendants' April 22, 2005 motion to dismiss is granted in part and denied in
7  part, as follows:
8        a. Defendants' motion to dismiss plaintiff's claim of excessive force
9  against defendants Roszko, Carver, Hurtado and Koualczuk is denied;
10       b. Defendants' motion to dismiss plaintiff's claim against defendants
11 Moreno and Jones is granted due to plaintiff's failure to exhaust administrative remedies with
12 respect to any claim against said defendants;
13       c. Defendants' motion to dismiss plaintiff's claim against defendants
14 Sahota, Blackford and Van Huesen arising out of the alleged denial of food and water between
15 November 12, 2003 and November 17, 2003 is granted due to plaintiff's failure to exhaust
16 administrative remedies with respect to said claim; and
17       4. Defendants shall answer the exhausted claims in plaintiff's complaint within
18 twenty days from the date of this order.
19 Dated: March 21, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```