IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                      No. CIV S-04-0697 GEB JFM P

    vs.

SERGEANT CAROLL, et al.,        <u>ORDER AND</u>

    Defendants.              <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Several matters are pending before the court.

        On April 20, 2006, plaintiff filed a document styled "Plaintiff's Motion Requesting an Answer from the Courts." In this document, plaintiff requests information concerning the status of defendants Carroll[1] and Carrozzo.[2] After review of the record herein, and good cause appearing, defendants Carroll and Carrozzo will be ordered to show cause why sanctions should not be imposed for failure for failure to file an answer to the exhausted claims in plaintiff's complaint in accordance with the order of the district court filed March 22, 2006.

/////

---

[1] Said defendant is identified in the complaint as "Sergeant Caroll."

[2] Said defendant is identified in the complaint as "Officer Corrouso."

1

On April 20, 2006, plaintiff filed a motion for leave to amend the prayer for relief in his complaint. Specifically, plaintiff seeks to delete his prayer for injunctive relief and to add a prayer for compensatory and punitive damages. Good cause appearing, defendants will be directed to respond to plaintiff's motion.

On May 30, 2006, plaintiff filed a document styled "Plaintiff's Motion for Permission to File A Motion for Reconsideration." Plaintiff contends that "material new facts" have emerged since this court issued findings and recommendations on February 10, 2006 on defendants' motion to dismiss, but he provides no information about what those facts might be or how, if at all, such facts would provide grounds for reconsideration of the recommendations made by this court.[3] Plaintiff's motion will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within ten days from the date of this order defendants Carroll and Carrozzo shall show cause in writing why sanctions should not be imposed for failure to file an answer to the exhausted claims in plaintiff's complaint;

2. Within ten days from the date of this order defendants shall file and serve a response to plaintiff's April 20, 2006 motion to amend his prayer for relief; and

3. Plaintiff's May 30, 2006 motion is denied.

DATED: July 31, 2006.

UNITED STATES MAGISTRATE JUDGE

12
keet0697.osc

---

[3] The findings and recommendations were adopted in full by the district court on March 22, 2006.