IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,   No. CIV S-04-0697 GEB JFM P

  vs.

SERGEANT CAROLL, et al.,

    Defendants.   ORDER
_____/

    Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On July 19, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on June 29, 2004 and April 13, 2006. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's July 19, 2006 request for appointment of counsel is denied.

DATED: August 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
keet0697.31thr