1
2
3
4
5
6
7
8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10                      SACRAMENTO DIVISION

11

**TOMMY ROY KEETON,**                    2:04-cv-0697 GEB JFM P

12
                                Plaintiff,    **ORDER GRANTING**
13                                            **DEFENDANTS' REQUEST FOR**
                                              **EXTENSION OF TIME TO FILE**
14          **v.**                            **MOTION FOR SUMMARY**
                                              **JUDGMENT**
**SERGEANT CAROLL, et al.,**
15
                                Defendants.
16

17          GOOD CAUSE APPEARING, Defendants' request for an extension of time to file a

18   motion for summary judgment is granted.  Defendants shall file their motion for summary

19   judgment no later than October 23, 2006.

20   Dated:  October 23, 2006.

21

22

23                                  UNITED STATES MAGISTRATE JUDGE

24

25   /keet0697.ext

26

27

28