IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                          No. CIV S-04-0697 GEB JFM P

    vs.

SERGEANT CAROLL, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action. On December 22, 2006, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on April 13, 2006 and July 19, 2006. All requests were denied. In light of those orders, IT IS HEREBY ORDERED that plaintiff's December 22, 2006 request for appointment of counsel is denied.

DATED: January 16, 2007.

                                   UNITED STATES MAGISTRATE JUDGE

/mp
keet0697.31thr(2)