IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                    2:04-cv-0697-GEB-JFM-P

    vs.

SERGEANT CAROLL, et al.,

    Defendants.              ORDER

_____/

        Plaintiff has filed a request for reconsideration of this court's order filed March 22, 2006, granting in part a defense motion to dismiss claims for failure to exhaust administrative remedies prior to suit.

        Although motions to reconsider are directed to the sound discretion of the court, Frito-Lay of Puerto Rico, Inc. v. Canas, 92 F.R.D. 384, 390 (D.C. Puerto Rico 1981), considerations of judicial economy weigh heavily in the process. Thus Local Rule 78-230(k) requires that a party seeking reconsideration of a district court's order must brief the "new or different facts or circumstances [which] were not shown upon such prior motion, or what other grounds exist for the motion." The rule derives from the "law of the case" doctrine which provides that the decisions on legal issues made in a case "should be followed unless there is substantially different evidence . . . new controlling authority, or the prior decision was clearly

1  erroneous and would result in injustice." <u>Handi Investment Co. v. Mobil Oil Corp.</u>, 653 F.2d
2  391, 392 (9th Cir. 1981); <u>see also</u> <u>Waggoner v. Dallaire</u>, 767 F.2d 589, 593 (9th Cir. 1985), <u>cert.</u>
3  <u>denied</u>, 475 U.S. 1064 (1986).

4        Plaintiff seeks reconsideration of this court's order dismissing his claims against
5  defendants Moreno and Jones and plaintiff's claims against defendants Sahota, Blackford and
6  Van Huesen arising out of the alleged denial of food and water between November 12, 2003 and
7  November 17, 2003, all for failure to exhaust administrative remedies prior to suit as required by
8  42 U.S.C. § 1997e(a).  Contrary to plaintiff's assertion, the evidence he presents in support of his
9  motion for reconsideration does not show that he exhausted administrative remedies for the
10 dismissed claims prior to filing the instant action.

11       Accordingly, IT IS HEREBY ORDERED that plaintiff's August 28, 2006 motion
12 for reconsideration of this court's March 22, 2006 order is denied.

13 Dated: January 17, 2007

15 GARLAND E. BURRELL, JR.
16 United States District Judge