IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

       Plaintiff,                      No. CIV S-04-0697 ALA P

       vs.

SERGEANT CAROLL, et al.,        ORDER TO SHOW CAUSE

       Defendants.

_____/

       By order filed January 18, 2007, this court directed Plaintiff to file a pretrial statement on or before October 19, 2007. Plaintiff has not responded to the court's order.

       Therefore, IT IS HEREBY ORDERED that Plaintiff is <u>ordered to show cause within 14 days</u> why this action should not be dismissed for Plaintiff's failure to file his pretrial statement.

/////

DATED: October 31, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation