IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                      No. CIV S-04-0697 ALA P

    vs.

SERGEANT CAROLL, et al.,        ORDER

    Defendants.

_____/

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42. U.S.C. § 1983. On October 31, 2007, Plaintiff was ordered to show cause as to why this action should not be dismissed for Plaintiff's failure to file his pretrial statement. On November 15, 2007, Plaintiff filed his response.

    In his response, Plaintiff, "respectfully requests once again for the court to appoint an attorney to his matter to help assist him if the courts (sic) feel that a pretrial statement is needed." Plaintiff's response to the court's order is inadequate and will not satisfy the order to show cause.

    Plaintiff has previously requested, and been denied, the appointment of counsel numerous times. Plaintiff request will again be denied and Plaintiff is ordered to respond to the court's order or this matter will be dismissed with prejudice.

1  Therefore, IT IS HEREBY ORDERED that:

2     1. Plaintiff's request for the appointment of counsel is denied; and

3     2. Plaintiff is ordered to file either a pretrial statement or a motion to dismiss

4 within fourteen (14) days of the date of this order.  Failure to comply with this order will result

5 in this matter being dismissed with prejudice.

6 /////

7 DATED: November 20, 2007

8         /s/ Arthur L. Alarcón
        UNITED STATES CIRCUIT JUDGE
9         Sitting by Designation