IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

      Plaintiff,                    Case No. 2:04-cv-00697 ALA (PC)

     vs.

SOLANO COUNTY SHERIFFS
DEPARTMENT, et al.,
      Defendants.               ORDER TO SHOW CAUSE

_____/

     By order filed January 18, 2007, this Court directed Defendants to file pretrial statements on or before November 3, 2007. Defendants have not responded to the Court's order.

     Defendants are hereby ORDERED to show cause by May 9, 2008, why they should not be sanctioned for failure to respond to the Court's January 18, 2007, order.

///

DATED: April 30, 2008

                                        /s/ Arthur L. Alarcón

                                        UNITED STATES CIRCUIT JUDGE

                                        Sitting by Designation