IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

     Plaintiff,                    Case No. 2:04-cv-0697 ALA (P)

     vs.

SERGEANT CAROLL, et al.,

     Defendant.                  <u>ORDER</u>

_____/

     Defendants have responded to the Court's order to show cause as to why they should not be sanctioned for failing to respond to the Court's January 18, 2007, order to file their pretrial statement. (Doc. No. 91). In their response, Defendants explain that they "were under the impression that their pretrial statement, albeit filed before the [January 18, 2007, Court order], was still in effect." Defendants also explain that "[i]f the Court requires Defendants to resubmit a revised statement, Defendants would simply resubmit the pretrial statement that was previously filed." Defendants have complied with the Court's order by filing a pretrial statement, therefore, no sanctions are warranted.

     Trial is set in the matter for July 8, 2008. Mr. Keeton filed his pretrial statement on December 5, 2007. (Doc. No. 89). In his pretrial statement, Mr. Keeton states that he is "willing to agree in good faith negotiations with the individual defendants, jointly and severly [sic], to

1

1 possibly settle the case. . . ." Defendants are, therefore, directed to advise the Court whether they
2 are willing to participate in a settlement conference pursuant to Local Rule 16-270.
3       The Court notes that in his pretrial statement, Mr. Keeton has identified eight individuals
4 that he intends to call as witnesses for trial.  Procedures for obtaining the attendance of witnesses
5 for trial is set forth in the Court's revised scheduling order filed on December 11, 2007.  (Doc.
6 No. 90).
7       It is hereby ORDERED that:
8       1.    Defendants shall notify the Court by May 16, 2008, whether they are willing to
9            participate in a settlement conference.
10      2.    A pretrial conference is set in this matter for May 19, 2008.  The pretrial
11            conference shall be conducted on the file only, without the appearance by either
12            party.
13 ///
14 DATED: May 8, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation