IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

      Plaintiff,                    Case No. 2:04-cv-00697 ALA (P)

      vs.

SERGEANT CAROLL, et al.,

       Defendants.                <u>INFORMATIONAL ORDER</u>

_____/

///

      Plaintiff filed his Pretrial Statement on December 5, 2007 (Doc. No. 89). In his Pretrial Statement, Plaintiff identified eight individuals that he intends to call as witnesses for trial. He has not provided their addresses. Plaintiff is directed to review the Court's Order filed on December 11, 2007, which sets forth the procedures for obtaining the attendance of witnesses at trial (Doc. No. 90).[1] To ensure that the witnesses will be at the trial and available to testify, Plaintiff must follow the procedures set forth in the Court's Order (Doc. No. 90). Failure to

///

///

---

[1] These same procedures are set forth in the Court's orders filed on April 7, 2006, and January 18, 2007 (Doc. Nos. 56 and 82).

1

1  follow these procedures may result in the unavailability of witnesses to testify at trial.

2  ///

3  DATED: May 19, 2008

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation