# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

        Plaintiff,                  Case No. 2:04-cv-00697 ALA (P)

  vs.

SERGEANT CAROLL, et al.,
        Defendants.          **ORDER & WRIT OF HABEAS CORPUS**
                        /         **AD TESTIFICANDUM**

        Tommy Roy Keeton, inmate # E-40265, a necessary and material witness in proceedings in this case on July 8, 2008, is confined in California State Prison Sacramento, Prison Road, Represa, California 95671, in the custody of the Warden James Walker; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, United States Courthouse, 501 I Street, Sacramento, California on July 8, 2008, at 9:00 a.m. before Judge Arthur L. Alarcón.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

        3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden James Walker of the California State Prison Sacramento, Prison Road, P.O. Box 290002, Represa, California, 95671:**

        **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May 19, 2008

                        /s/ Arthur Alarcón
                        UNITED STATES CIRCUIT JUDGE
                        Sitting by Designation