IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

     Plaintiff,                    Case No. 2:04-cv-00697 ALA (P)

     vs.

SERGEANT CAROLL, et al.,

     Defendants.                ORDER

_____/

     On July 2, 2008, Plaintiff Tommy Roy Keeton filed a request for a ninety (90) day extension of the trial "due to current inability to procure documentary evidence." (Doc. No. 100). This request is denied because it is untimely and on the eve of trial.

     Discovery in this matter closed on May 25, 2007 (Doc. No. 82). The July 8, 2008, trial date has been set for over seven months (Doc. No. 90). This Court has notified Mr. Keeton to prepare for trial. The Court advised Mr. Keeton twice to review the Court's Order filed on December 11, 2007, which set forth the procedures for obtaining the attendance of witnesses at trial (Doc. No. 95, 97). A writ of habeas corpus ad testificandum for his appearance at trial was sent on May 19, 2008 (Doc. No. 96). The pretrial order was filed on June 4, 2008 (Doc. No. 97). Defendants have timely filed proposed jury instructions and proposed *voir dire* questions (Doc. Nos. 98, 99). The case is four years old. It would be prejudicial to Defendants and contrary to

the interest of judicial economy to postpone the trial at this late date. *See* Fed. R. Civ. P. 1 (providing that the Federal Rules of Civil Procedure "shall be construed and administered to secure the just, speedy, and inexpensive determination of every action"); Fed. R. Civ. P. 16(e) (providing that "[t]he court may modify the [final pretrial] order issued after a pretrial conference only to prevent manifest injustice").

    Mr. Keeton has also petitioned the Court for an assignment of an investigator. He has not set forth any reasons, except his inmate status, to grant the request at such a late date. His petition, therefore, is denied.

///

    Accordingly, good cause showing, it is hereby ORDERED that Mr. Keeton's request to postpone the trial and for the assignment of an investigator is DENIED (Doc. No. 100). The trial will go forward on July 8, 2008.

/////

DATED: July 2, 2008

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation