IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOMMY ROY KEETON,

    Plaintiff,                 Case No. 2:04-cv-00697 ALA (P)

    vs.

SERGEANT CAROLL, et al.,

    Defendants.            <u>ORDER</u>

      On September 10, 2008, Tommy Roy Keeton requested a Transcript Designation Form. (Doc. 115).

      IT IS HEREBY ORDERED that the Clerk's Office provide Tommy Roy Keeton a Transcript Designation Form.

/////

DATED: September 19, 2008

                                         /s/ Arthur L. Alarcón
                                         UNITED STATES CIRCUIT JUDGE
                                         Sitting by Designation